IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02401-ZLW

BRIAN R. SHAFER,

    Plaintiff,

v.

HECTOR A. RIOS JR., Warden, USP Florence,
DR. POLLAND, Clinical Dir., USP Florence, and
SCOTT MEAD, Health Administrator, USP Florence,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -6 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the "Motion for Discovery Pursuant Title 18, Fed. R. Cvl. Proc. Rule 26, " Plaintiff filed with the Court on December 9, 2005. The Motion is DENIED as premature.

Dated: February 6, 2006

Copies of this Minute Order mailed on February 6, 2006, to the following:

Brian R. Shaffer
Reg. No. 92623-011
USP – Florence
PO Box 7000
Florence, CO 81226

                                                        _____
                                                        Secretary/Deputy Clerk