IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02401-PSF-MJW

BRIAN R. SHAFER,

Plaintiff,

v.

HECTOR A. RIOS, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the pro se plaintiff's Motion to Consider Discovery Filing Per Haynes v. Kerner, and Supplemental Evidence, which was filed on February 27, 2006 (Docket No. 16), is granted to the extent that the court will give due consideration in due course to the plaintiff's Motion for Summary Judgment (Docket No. 12), which was filed on January 31, 2006.  The court, however, will not accept piecemeal filings of exhibits in support of such motion.  If plaintiff wants to supplement or amend his summary judgment motion, he must do so by the appropriate motion with a copy sent to defense counsel and any and all unrepresented defendants.

     It is further ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

Case Manager of:
Brian R. Shafer
#92623-011
P.O. Box 7000
Florence, CO 81226


Date: March 9, 2006