IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02401-PSF-MJW

BRIAN R. SHAFER,

Plaintiff,

v.

HECTOR A. RIOS, et al.,

Defendants.

_____

MINUTE ORDER

_____

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the pro se plaintiff's Motion for Reconsideration of
Appointment of Counsel, which was filed on April 6, 2006 (Docket No. 33), is denied
without prejudice.  Once again, the court finds that, even assuming the plaintiff has a
colorable claim, he currently appears to be able to present his case adequately.  The
factual and legal issues raised are not so numerous or complex that the plaintiff is
unable to present his case adequately at this very early stage of the litigation.

Date: April 10, 2006